February 28, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DONNA JOANN TORRES, Appellant

NO. 14-12-00436-CV                V.

FRANK ROLON TORRES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Frank Rolon Torres, signed February 8, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Donna Joann Torres, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.